UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATTHEW RESCH,**

    Plaintiff,

v.                                    Case No.  8:12-cv-1197-T-30TGW

**FIDELITY GUARANTY LIFE INSURANCE COMPANY,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. 5) and Plaintiff's Response in opposition (Dkt. 8).  On August 16, 2012, the Court held a hearing on Defendant's motion and heard argument from counsel.  For the reasons stated on the record, it is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Dismiss (Dkt. 5) is granted in part and denied in part.

2. Plaintiff's declaratory relief claim (Count I of the Complaint) is hereby stricken.

3. Defendant shall file its answer to the Complaint within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1197.mtdismiss5.frm