## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MATTHEW RESCH,**

      **Plaintiff,**

**v.**                                       **Case No.  8:12-cv-1197-T-30TGW**

**FIDELITY GUARANTY LIFE INSURANCE
COMPANY,**

      **Defendant.**

_____/

### ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. 5) and Plaintiff's Response in opposition (Dkt. 8).  On August 16, 2012, the Court held a hearing on Defendant's motion and heard argument from counsel.  For the reasons stated on the record, it is therefore **ORDERED AND ADJUDGED** that:

1.      Defendant's Motion to Dismiss (Dkt. 5) is granted in part and denied in part.

2.      Plaintiff's declaratory relief claim (Count I of the Complaint) is hereby stricken.

3.      Defendant shall file its answer to the Complaint within fourteen (14) days of this Order.

      **DONE** and **ORDERED** in Tampa, Florida on August 16, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-1197.mtdismiss5.frm